1

2          UNITED STATES DISTRICT COURT

3          DISTRICT OF NEVADA

4    MATTHEW MYERS,                          Case No. 3:23-cv-00293-ART-CLB

5                           Petitioner,       SCHEDULING ORDER

6          v.

7    NETHANJAH BREITENBACH, *et al.*,

8                           Respondents.

9

10         In this habeas corpus action, the Court appointed counsel for the

11   petitioner, Matthew Myers. (ECF No. 4.) The Federal Public Defender for the

12   District of Nevada appeared on Petitioner's behalf on August 4, 2023. (ECF Nos.

13   10, 11.) Respondents have also appeared. (ECF No. 9.)

14         It is therefore ordered that the following schedule will govern further

15   proceedings in this action:

16         Petitioner will have 30 days from the entry of this order to pay the $5 filing

17   fee for this action.

18         If necessary, Petitioner must file an amended petition for writ of habeas

19   corpus within 90 days after entry of this Order. The amended petition must

20   specifically state whether each ground for relief has been exhausted in state

21   court; for each claim that has been exhausted in state court, the amended

22   petition must state how, when, and where that occurred. If Petitioner determines

23   that an amended petition need not be filed, then, within 90 days after entry of

24   this Order, Petitioner must file a notice to that effect.

25         Respondents will have 60 days following the filing of the amended petition

26   to file an answer or other response to the amended petition. If Petitioner does not

27   file an amended petition, Respondents will have 60 days following the due date

28

1

1  for the amended petition to file an answer or other response to the original

2  petition.

3      Petitioner will have 45 days following the filing of an answer to file a reply.

4  Respondents will thereafter have 30 days following the filing of a reply to file a

5  response to the reply.

6      If Respondents file a motion to dismiss, Petitioner will have 60 days

7  following the filing of the motion to file a response to the motion. Respondents

8  will thereafter have 30 days following the filing of the response to file a reply.

9      If Petitioner wishes to move for leave to conduct discovery, Petitioner must

10  file such motion concurrently with, but separate from, the response to

11  Respondents' motion to dismiss or the reply to Respondents' answer. Any motion

12  for leave to conduct discovery filed by Petitioner before that time may be

13  considered premature, and may be denied, without prejudice, on that basis.

14  Respondents must file a response to any such motion concurrently with, but

15  separate from, their reply in support of their motion to dismiss or their response

16  to Petitioner's reply. Thereafter, Petitioner will have 20 days to file a reply in

17  support of the motion for leave to conduct discovery.

18      If Petitioner wishes to request an evidentiary hearing, Petitioner must file a

19  motion for an evidentiary hearing concurrently with, but separate from, the

20  response to Respondents' motion to dismiss or the reply to Respondents' answer.

21  Any motion for an evidentiary hearing filed by Petitioner before that time may be

22  considered premature, and may be denied, without prejudice, on that basis. The

23  motion for an evidentiary hearing must specifically address why an evidentiary

24  hearing is required and must meet the requirements of 28 U.S.C. § 2254(e). The

25  motion must state whether an evidentiary hearing was held in state court, and,

26  if so, state where the transcript is located in the record. If Petitioner files a motion

27  for an evidentiary hearing, Respondents must file a response to that motion

28  concurrently with, but separate from, their reply in support of their motion to

1   dismiss or their response to Petitioner's reply. Thereafter, Petitioner will have 20

2   days to file a reply in support of the motion for an evidentiary hearing.

3

4          DATED THIS 11th day of August, 2023.

5

6                                        _____
                                         ANNE R. TRAUM
7                                        UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28