UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW MYERS, | Case No. 3:23-cv-00293-ART-CLB |
| Petitioner, | ORDER |
| v. | |
| NETHANJAH BREITENBACH, *et al.*, | |
| Respondents. | |

In this habeas corpus action, after a 90-day initial period, Petitioner Matthew Myers, represented by appointed counsel, was to file an amended habeas petition by November 9, 2023. (*See* ECF No. 12.)

On November 9, 2023, Myers filed a motion for extension of time (ECF Nos. 14, 15), requesting a 90-day extension of the time, to February 7, 2024, to file his amended petition. Myers's counsel states that the extension of time is necessary because of the time it is taking to investigate the case. Myers's counsel represents that the respondents do not oppose the extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

It is therefore ordered that Petitioner's Motion for Extension of Time (ECF Nos. 14, 15) is granted. Petitioner will have until and including February 7, 2024, to file his amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the scheduling order entered August 11, 2023 (ECF No. 12) will remain in effect.

DATED THIS 13th day of November 2023.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE