UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW MYERS, | Case No. 3:23-cv-00293-ART-CLB |
| Petitioner, | ORDER |
| v. | |
| JOHN HENLEY, *et al.*, | |
| Respondents. | |

In this habeas corpus action, after a 90-day initial period and three 90-day extensions of time, Petitioner Matthew Myers, represented by appointed counsel, was to file an amended habeas petition by August 5, 2024. (*See* ECF Nos. 12, 16, 18, 21.) On August 5, 2024, Myers filed a motion for extension of time (ECF No. 23), requesting a fourth extension of time, to October 7, 2024. Myers's counsel characterizes that as a 62-day extension; it is a 63-day extension.

Myers's counsel states that the extension of time is necessary because of the time it is taking to investigate the case and because of their obligations in other cases. Myers's counsel represents that the respondents do not oppose the extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

The Court does not intend in this order, or in any order extending the time for an amended petition, to comment upon, or affect in any manner, the operation of any applicable statute of limitations.

///

///

///

///

1

It is therefore ordered that Petitioner's Motion for Extension of Time (ECF No. 23) is granted. Petitioner will have until and including October 7, 2024, to file an amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the scheduling order entered August 11, 2023 (ECF No. 12) will remain in effect.

DATED THIS 8th day of August 2024.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2