UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW MYERS,<br><br>                Petitioner,<br><br>   v.<br><br>JOHN HENLEY, *et al.*,<br><br>                Respondents. | Case No. 3:23-cv-00293-ART-CLB<br><br>ORDER |

In this habeas corpus action, after a 90-day initial period, three 90-day extensions, a 63-day extension, and a 60-day extension, Petitioner Matthew Myers, represented by appointed counsel, was to file an amended habeas petition by December 6, 2024. (*See* ECF Nos. 12, 16, 18, 21, 24, 27.) On December 6, 2024, Myers filed a motion for extension of time (ECF No. 27), requesting a sixth extension of time, a 62-day extension, to February 6, 2025.

Myers's counsel states that the extension of time is necessary because of the complexity of this case and the time it is taking to conduct their investigation, and because of their obligations in other cases. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

The Court does not intend in this order, or in any order extending the time for an amended petition, to comment upon, or affect in any manner, the operation of any applicable statute of limitations. In view of the time the petitioner has had to file the amended petition, the Court will not look favorably upon any motion to further extend this deadline.

1    It is therefore ordered that Petitioner's Motion for Extension of Time (ECF No. 27) is granted. Petitioner will have until and including February 6, 2025, to file an amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the scheduling order entered August 11, 2023 (ECF No. 12) will remain in effect.

Dated this 17th day of December, 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE