UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW MYERS,<br><br>  Petitioner,<br><br>  v.<br><br>JOHN HENLEY, *et al.*,<br><br>  Respondents. | Case No. 3:23-cv-00293-ART-CLB<br><br>ORDER |

In this habeas corpus action, Petitioner Matthew Myers, represented by appointed counsel, filed an amended habeas petition on February 4, 2025. (ECF No. 29.) Respondents were to respond to the amended petition by April 7, 2025. (*See* ECF No. 12 (60 days for response) (April 5 was a Saturday).) On April 7, Respondents filed a motion for extension of time, requesting a ninety-day extension, to June 6, 2025. (ECF No. 30.) Respondents' counsel states that the extension of time is necessary because of their obligations in other cases, and counsel represents that Myers does not oppose their motion. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 30) is granted. Respondents will have until and including June 6, 2025, to respond to Petitioner's amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the scheduling order entered August 11, 2023 (ECF No. 12) will remain in effect.

Dated this 9th day of April 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1