UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MATTHEW MYERS,

                Petitioner,

v.

JOHN HENLEY, *et al.*,

                Respondents.

Case No. 3:23-cv-00293-ART-CLB

ORDER

In this habeas corpus action, Petitioner Matthew Myers, represented by appointed counsel, filed an amended habeas petition on February 4, 2025. (ECF No. 29.) After a 60-day initial period, a 90-day extension, and a 45-day extension, Respondents were to respond to the amended petition by July 21. (ECF Nos. 12, 31, 33.) On July 21, Respondents filed a motion for extension of time, requesting a further 30-day extension, to August 20. (ECF No. 34.) Respondents' counsel states that the extension of time is necessary because of obligations in other cases. Counsel represents that Myers does not oppose the extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 34) is granted. Respondents will have until and including August 20, 2025, to respond to Petitioner's amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the scheduling order entered August 11, 2023 (ECF No. 12) will remain in effect.

Dated this 23rd day of July 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE