UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW MYERS,<br><br>                      Petitioner,<br><br>    v.<br><br>JOHN HENLEY, *et al.*,<br><br>                      Respondents. | Case No. 3:23-cv-00293-ART-CLB<br><br>ORDER |

In this habeas corpus action, Respondents filed a motion to dismiss on August 20, 2025. (ECF No. 42.) Petitioner Matthew Myers, who is represented by appointed counsel, was due to file a response to the motion to dismiss by October 20, 2025. (*See* ECF No. 12 (60 days for response).) On October 20, Myers filed a motion for extension of time, requesting a 45-day extension for the response, to December 4. (ECF No. 44.) Myers's counsel states that the extension of time is necessary because of other obligations and because of upcoming medical leave. Counsel represents that Respondents do not oppose the extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time. The Court will grant this extension of time as requested. The Court will not look favorably upon any motion to further extend this deadline.

It is therefore ordered that Petitioner's Motion for Extension of Time (ECF No. 44) is granted. Petitioner will have until and including December 4, 2025, to file a response to Respondents' motion to dismiss. In all other respects, the schedule for further proceedings set forth in the scheduling order entered August 11, 2023 (ECF No. 12) will remain in effect.

//

//

1

DATED THIS 22nd day of October, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE