UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW MYERS, | Case No. 3:23-cv-00293-ART-CLB |
| Petitioner, | ORDER |
| v. | |
| JOHN HENLEY, *et al.*, | |
| Respondents. | |

In this habeas corpus action, Respondents filed a motion to dismiss on August 20, 2025. (ECF No. 42.) After a 60-day initial period and a 45-day extension, Petitioner Matthew Myers, who is represented by appointed counsel, was due to file a response to the motion to dismiss by December 4. (*See* ECF Nos. 12, 45.) On December 4, Myers filed a motion for extension of time, requesting a further 32-day extension, to January 5. (ECF No. 46.) Myers's counsel states that this extension of time is necessary because of medical leave at the end of October and the first two weeks of November and because of other professional obligations. Counsel represents that Respondents do not oppose the extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time. The Court will grant this extension of time as requested.   The Court will not further extend this deadline absent extraordinary circumstances.

///

///

///

///

1

It is therefore ordered that Petitioner's Motion for Extension of Time (ECF No. 46) is granted. Petitioner will have until and including January 5, 2026, to file a response to Respondents' motion to dismiss. In all other respects, the schedule for further proceedings set forth in the scheduling order entered August 11, 2023 (ECF No. 12) will remain in effect.

DATED THIS 10th day of December, 2025.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE