UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MATTHEW MYERS,

Petitioner,

v.

JOHN HENLEY, *et al.*,

Respondents.

Case No. 3:23-cv-00293-ART-CLB

ORDER

In this habeas corpus action, the respondents filed a motion to dismiss on August 20, 2025. (ECF No. 42.) Petitioner Matthew Myers, represented by appointed counsel, filed an opposition to that motion on January 5, 2026. (ECF No. 48.) Respondents were then to file a reply by February 4. (*See* ECF No. 12 (30 days for reply).) On February 4, Respondents filed a motion for extension of time, requesting a 30-day extension, to March 6. (ECF No. 52.) Respondents' counsel states that the extension is necessary because of their obligations in other cases and that Myers does not oppose the extension. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension requested.

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 52) is granted. Respondents will have until and including March 6, 2026, to file a reply in support of their motion to dismiss. In all other respects, the schedule for further proceedings set forth in the scheduling order entered August 11, 2023 (ECF No. 12) will remain in effect.

DATED THIS 10th day of February, 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1