UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MATTHEW MYERS,

Petitioner,

v.

JOHN HENLEY, *et al.*,

Respondents.

Case No. 3:23-cv-00293-ART-CLB

ORDER

In this habeas corpus action, the respondents filed a motion to dismiss on August 20, 2025. (ECF No. 42.) Petitioner Matthew Myers, represented by appointed counsel, filed an opposition to that motion on January 5, 2026. (ECF No. 48.) Then, after a 30-day initial period and a 30-day extension, Respondents were to file a reply by March 6, 2026. (*See* ECF Nos. 12, 54.) On March 6, Respondents filed a motion for extension of time, requesting a 7-day extension, to March 13. (ECF No. 52.) Respondents' counsel states that the extension is necessary because of their obligations in other cases. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension.

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 55) is granted in part. Respondents will have until and including March 13, 2026, to file a reply in support of their motion to dismiss. In all other respects, the schedule for further proceedings set forth in the scheduling order entered August 11, 2023 (ECF No. 12) will remain in effect.

DATED THIS 13th day of March, 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1