UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW MYERS,<br>Petitioner,<br>v.<br>JOHN HENLEY, *et al.*,<br>Respondents. | Case No. 3:23-cv-00293-ART-CLB<br>EXTENSION ORDER |

In this habeas matter, Respondents request an additional 45 days to file an Answer to the Amended Petition for a Writ of Habeas Corpus. ECF No. 63. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion. Fed. R. Civ. P. 6(b); D. Nev. R. LR IA 6-1.

I THEREFORE ORDER that Respondents' Unopposed Motion for Enlargement of Time to file Answer to Amended Petition (Second Request) **[ECF No. 63] is GRANTED**. Respondents therefore have through **September 14, 2026**, to file an Answer to the Amended Petition.

DATED THIS 7th day of August 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE