UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MATTHEW MYERS,

Petitioner,

v.

JOHN HENLEY, *et al.*,

Respondents.

Case No. 3:23-cv-00293-ART-CLB

EXTENSION ORDER

In this habeas matter, Respondents filed a motion requesting an additional 30 days to file an Answer to the Amended Petition for a Writ of Habeas Corpus. ECF No. 66. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion. Fed. R. Civ. P. 6(b); D. Nev. R. LR IA 6-1.

I THEREFORE ORDER that Respondents' Unopposed Motion for Enlargement of Time to file Answer to Amended Petition (Third Request) ECF No. 66) is GRANTED. Respondents therefore have through October 14, 2026, to file an Answer to the Amended Petition.

DATED THIS 21st day of September 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE